IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| EARNESTINE W. BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2006 Ml/P |
| | ) |
| ADAM'S MARK HOTEL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY AND ENLARGE SCHEDULING ORDER**

Before the Court is Plaintiff's Motion to Modify and Enlarge Scheduling Order, filed April 4, 2005. Good cause having been shown, the Court GRANTS the motion. The Court hereby RESETS the scheduling order in this case as follows:

Completing All Discovery: August 15, 2005

   a) Written Discovery: July 21, 2005

   b) Depositions: August 15, 2005

   c) Expert Disclosures (Rule 26)

      1) Plaintiff's Rule 26 Expert Disclosures: July 21, 2005

      2) Defendants' Rule 26 Expert Disclosures: August 21, 2005

Filing Dispositive Motions: September 15, 2005

Trial: The trial in this matter is set to begin: Monday, November 28, 2005, at 9:30 a.m. in courtroom no. 4.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05



Pretrial Conference: A pretrial conference is set for <u>Monday, November 21, 2005, at 8:45 a.m.</u>

Pretrial Order: The pretrial order is due by no later than 4:30 p.m. on <u>Monday, November 14, 2005</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

So ORDERED this 6th day of May, 2005.

_____
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02006 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Earnestine W. Butler
1931 Capri Rd.
Memphis, TN 38117

Ruby R. Wharton
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Benjamin F. Westhoff
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Randall S. Thompson
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Bradley S. Hiles
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT