FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE     05 MAY -9  AM 8: 34
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| EARNESTINE W. BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 04-2006 Ml/P |
| | ) |
| ADAM'S MARK HOTEL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING DEFENDANT SEVENTEEN HB MEMPHIS CORPORATION'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE, OR, IN THE ALTERNATIVE, TO COMPEL PLAINTIFF'S DEPOSITION**

Before the Court is the Motion to Dismiss for Failure to Prosecute, or, in the Alternative, to Compel Plaintiff's Deposition of Defendant Seventeen HB Memphis Corporation, filed April 1, 2005. Plaintiff responded in opposition on April 5, 2005.

When evaluating a motion to dismiss for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), a district court is guided by the following four factors:

> (1) whether the party's failure is due to willfulness, bad faith, or fault; (2) whether the adversary was prejudiced by the dismissed party's conduct; (3) whether the dismissed party was warned that failure to cooperate could lead to dismissal; and (4) whether less drastic sanctions were imposed or considered before dismissal was ordered.

Knoll v. American Tel. & Tel. Co., 176 F.3d 359, 363 (6th Cir. 1999). Although none of the above factors is dispositive, a

district court may dismiss a case where "a clear record of delay or contumacious conduct" exists.  Id.  Upon review of the entire record in this case and considering the parties submissions in light of the factors described above in Knoll, the Court DENIES Defendant's motion to dismiss.

The Defendant alternatively moves to compel Plaintiff's deposition scheduled on April 6, 2005, or on another date before the April 15, 2005, deposition deadline.  On April 5, 2005, Defendant filed a Memorandum to the Court in which it consented to staying Plaintiff's April 6, 2005, deposition pending a ruling on the instant motion.  Because the Court has granted Plaintiff's Motion to Modify and Enlarge Scheduling Order, the Court DENIES the motion to compel as moot.  (Order Granting Pl.'s Mot. to Modify and Enlarge Sched. Order, May 5, 2005.)

So ORDERED this 6th day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02006 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Earnestine W. Butler
1931 Capri Rd.
Memphis, TN 38117

Ruby R. Wharton
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Benjamin F. Westhoff
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Randall S. Thompson
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Bradley S. Hiles
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT