IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 11  AM 11: 25

THOMAS H. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| EARNESTINE W. BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2006 M1/P |
| | ) | |
| ADAM'S MARK HOTEL, a division | ) | |
| of HBE CORPORATION, SEVEN | ) | |
| SEVENTEEN HB MEMPHIS | ) | |
| CORPORATION d/b/a ADAM'S MARK | ) | |
| HOTEL, and CHD MEMPHIS | ) | |
| OPERATING I, LLC d/b/a | ) | |
| PARK VISTA HOTEL, | ) | |
| | ) | |
| Defendants . | ) | |

ORDER OF DISMISSAL

Before the Court is the October 5, 2005, Joint Stipulation

for Dismissal With Prejudice filed by the parties requesting that

the Court dismiss with prejudice all claims asserted by Plaintiff

against all of the defendants.


It is ORDERED that the request is hereby GRANTED and this

case is DISMISSED with prejudice.


ENTERED this __7__ day of October, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-11-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02006 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Earnestine W. Butler
1931 Capri Rd.
Memphis, TN 38117

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Ruby R. Wharton
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Benjamin F. Westhoff
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Randall S. Thompson
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Bradley S. Hiles
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT