FILED BY ___ D.C.

05 OCT 11 AM 11: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

EARNESTINE W. BUTLER

VS

ADAM'S MARK HOTEL, a division
of HBE CORPORATION, SEVEN
SEVENTEEN HB MEMPHIS CORPORATION
d/b/a ADAM'S MARK HOTEL, and
CHD MEMPHIS OPERATING I, LLC
d/b/a PARK VISTA HOTEL.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2006 M1/P**

The parties having settled this matter:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal filed October 7, 2005, this case is DISMISSED with prejudice; each party to bear its own costs.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Oct. 7, 2005
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CV-02006 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Bradley S. Hiles
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Randall S. Thompson
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Earnestine W. Butler
1931 Capri Rd.
Memphis, TN 38117

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Ruby R. Wharton
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Benjamin F. Westhoff
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive St.
Ste. 2400
St. Louis, MO 63101

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT